## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

IAN GEORGE HARRIS

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6063

CR-FERGUSON

YOU ARE HEREBY COMMANDED to arrest ____ IAN GEORGE HARRIS ____

Name        MAGISTRATE JUDGE
            SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | |Information | | |Complaint | | |Order of court | | |Violation Notice | | |Probation Violation Petition

charging him or her with (brief description of offense) **knowingly and willfully filing false income tax returns.**

in violation of Title **26** United States Code, Section(s) **7206(1)**

Clarence Maddox
**Name of Issuing Officer**

Court Administrator/Clerk of the Court
**Title of Issuing Officer**

_(signature)_ Jenny Butler
**Signature of Issuing Officer**

March 14, 2000    FT. LAUDERDALE, FLORIDA
**Date and Location**

Bail fixed at $ 250,000 corporate surety bond with Nebbia    by    BARRY S. SELTZER
                                                                  **UNITED STATES MAGISTRATE JUDGE**
                                                                  **Name of Judicial Officer**

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: IAN GEORGE HARRIS
ALIAS:_____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: IRS, 7771 W. OAKLAND PARK BLVD. SUNRISE, Fl. 33351

           S/A KARL VOELKER 954-725-1931