# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

DEFT: Ian George Harris (surrender)    CASE NO: 00-6063-CR-Ferguson
AUSA: Lynn Rosenthal *present*    ATTNY: E. David Rosen *present*
AGENT: _____    VIOL: 18:371, 26:7206
PROCEEDING: Initial Appearance    BOND REC: _____

**FILED by ___ D.C. MAR 15 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.**

BOND HEARING HELD – (yes)/no    COUNSEL APPOINTED: _____
BOND SET @   $100,000 PSB
CO-SIGNATURES:   wife (to sign by Friday)
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.  / surr passport today
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as (directed) /___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. (A – meds morphine patch) Treatment as deemed necessary.
6) Maintain or seek full-time employment.  Not applicable
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: SD/FL
12) ___ Halfway House ___
___ Electronic Monitoring ___
Reside at current address, no illegal drugs or excessive alcohol

/s/ advised of charges

reading of indictment waived
...
...
...Order requested

/s/ sworn

NEXT COURT APPEARANCE:  DATE:     TIME:     JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE:  3-30-00   11:00AM  SNOW

DATE: 3-15-00    TIME: 11:00am    TAPE # 00-019/020   PG # 2

1891-329

00-020
1-620