UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6063-CR-Ferguson

UNITED STATES OF AMERICA,

v.

Ian George Harris

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

FILED by _____
MAR 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMES NOW  R. David Rosen , and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 3/15/00

Attorney R. David Rosen
Address 2400 So. Dixie Hwy
City Miami  State FL  Zip 33133
Telephone 305-858-9700
Florida Bar No. 068316

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.