FILED by _____ D.C.

MAR 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ]   CASE NUMBER: CR 00-6063-CR-Ferguson
          Plaintiff ]
-vs-           ]   REPORT COMMENCING CRIMINAL
              ]   ACTION
Ian George Harris ]   55238-004
         Defendant    USMS Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. DISTRICT COURT                (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 3/15/2000   (AM) 9:30   PM ___

(2) LANGUAGE SPOKEN: English

(3) OFFENSE(S) CHARGED: Fraudulent Tax Returns 26-7206(1), Assisting to Prepare Fraudulent Returns 26-7206(2), Klein Conspiracy 18-371k

(4) UNITED STATES CITIZEN: (X) YES  ( ) NO  ( ) UNKNOWN

(5) DATE OF BIRTH: 9/27/52

(6) TYPE OF CHARGING DOCUMENT: (check one)
    [X] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED
        CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES   [ ] NO

AMOUNT OF BOND: $_____   WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: _____   ARRESTING OFFICER: S/A Karl Voelker

(10) AGENCY: IRS CID   (11) PHONE: (954) 725-1931

(12) COMMENTS: Harris turned himself in at the US Marshall's office with Attorney E. David Rosen

13