FILED by _____ D.C.

MAR 1 5 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6063-CR-Ferguson

UNITED STATES OF AMERICA

vs

Ian George Harris

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on   3-15-00   , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:         Address: ____SEE BOND____

Telephone: _____

DEFENSE COUNSEL:   Name: ____E. David Rosen____

Address: _____

Telephone: _____

BOND SET/CONTINUED:  $____100,000____

Bond hearing held: yes __X__ no ____ Bond hearing set for _____
Dated this __15__ day of __March__, 20 _00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. _00-019/030_

cc: Clerk for Judge
    U. S. Attorney

