# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

IAN GEORGE HARRIS

## WARRANT FOR ARREST

CASE NUMBER: 00-6063 CR-FERGUSON

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __IAN GEORGE HARRIS__
Name

MAGISTRATE JUDGE SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense) **knowingly and willfully filing false income tax returns.**

in violation of Title **26** United States Code, Section(s) **7206(1)**

---

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

_/s/ Jeremy Butler_
Signature of Issuing Officer

March 14, 2000    FT. LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ 250,000 Corporate surety bond with Nebbia by **BARRY S. SELTZER**
**UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

---

|RETURN|
|---|
|This warrant was received and executed with the arrest of the above named defendant at _____ Ft. Lauderdale, FL|

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/14/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 3/15/2000 | FOR: IRS | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest


16

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY

DEFENDANT'S NAME: __IAN GEORGE HARRIS__
ALIAS:_____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH:_____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: __IRS, 7771 W. OAKLAND PARK BLVD. SUNRISE, Fl. 33351__
_____S/A KARL VOELKER 954-725-1931__