UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6063-CR-FERGUSON
MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

IAN GEORGE HARRIS, et al,

    Defendants.



## NOTICE OF UNAVAILABILITY

UNDERSIGNED COUNSEL hereby represents to the Court that he will be unavailable during the first week of June, 2000, and the entire month of July, 2000.

I HEREBY CERTIFY that on March 23, 2000, I mailed a true copy of this Notice Of Unavailability to PETER D. AIKEN, ESQ., 1209 S.E. 3rd Avenue, Ft. Lauderdale, FL 33301, and LYNN D. ROSENTHAL, Assistant United States Attorney, 500 East Broward Boulevard, Ft. Lauderdale, FL 33301.

Respectfully Submitted,

E. DAVID ROSEN
Counsel For IAN GEORGE HARRIS
Florida Bar No. 068316
2400 S. Dixie Highway, #105
Miami, FL 33133
305/858-9700 (Phone) 305/858-7299 (Facsimile)

