HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __IAN GEORGE HARRIS__    CASE NO: __00-6063-CR-FERGUSON__

AUSA __LYNN ROSENTHAL_Barfield__    ATTY __E. DAVID ROSEN__ *Not pres*

*SS cindict filed +*

DEFT _____    CASE NO: __00-017__

AUSA _____    ATTY __@ 2927__


DEFT _____    CASE NO: _____

AUSA _____    ATTY _____


DEFT _____    CASE NO: _____

AUSA _____    ATTY _____


DEFT _____    CASE NO: _____

AUSA _____    ATTY _____


DEFT _____    CASE NO: _____

AUSA _____    ATTY _____


DATE __3-30-00__    TIME __11:00__

FILED by __ D.C.
MAR 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.