UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>MARC FREEDMAN and )<br>IAN GEORGE HARRIS, )<br>)<br>Defendants. )<br>_____ ) | CASE NO. 00-6063-CR-FERGUSON(s)<br><br><br><br><br><br><br><br>GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY |

The United States of America moves this Court for an extension of time to respond to defendant's motion for return of property, and in support thereof states as follows:

1. On April 11, 2000, the undersigned received a copy of the defendant's motion for return of property. The undersigned has ten days to respond to the motion.

2. The undersigned has a prepaid vacation out of the district beginning at 3:00 p.m., April 13, 2000.

3. The undersigned believes a response is necessary as the government objects to returning the evidence in this case prior to the completion of the matter.

4. The case has been set for trial, though it is anticipated that a continuance will be granted.

5. Defense counsel has no objection to this extension.

Wherefore, the undersigned requests two weeks from Friday, April 14, 2000 in which to file her response.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: 
LYNN D. ROSENTHAL
Assistant United States Attorney
Florida Bar No. 343226
500 East Broward Blvd.
Suite 700
Fort Lauderdale, Florida 33394
Tel: (954)356-7255

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 13th day of April, 2000 to: Peter Aiken, 1209 Southeast Third Ave., Fort Lauderdale, Florida 33316 and E. David Rosen, 2400 South Dixie Highway, Suite 105, Miami, Florida 33133

Lynn D. Rosenthal
Assistant United States Attorney