UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6063-CR-FERGUSON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

IAN GEORGE HARRIS,

      Defendant.

_____



## NOTICE TO CLERK

    The undersigned hereby notifies the Clerk of the Court of the following change of address, effective immediately:

        E. DAVID ROSEN, ESQ.
        1717 North Bayshore Drive, Suite 3031
        Miami, Florida 33132
        Phone (305) 371-9641
        Fax (305) 373-6978

    I HEREBY CERTIFY that on April 24, 2000, the undersigned hand-delivered a copy of the above Notice to Clerk to LYNN ROSENTHAL, Assistant United States Attorney, and PETER D. AIKEN, ESQ., at the United States Courthouse, 299 East Broward Boulevard, Ft. Lauderdale, FL 33301.

                            Respectfully Submitted,

                            _____
                            E. DAVID ROSEN
                            Florida Bar No. 068316
                            Counsel For Defendant IAN GEORGE HARRIS
                            1717 North Bayshore Drive, Suite 3031
                            Miami, Florida 33132
                            Phone (305) 371-9641 / Fax (305) 373-6978