DEFT: Marc Freedman (no deft) / IAN HARRIS  
CASE NO: 00-6063-CR-Ferguson  
AUSA: Lynn Rosenthal present  
ATTNY: Pete Aiken / Baird / Rosen / standing in  
AGENT: ___  
VIOL: ___  
PROCEEDING: Status Conference  
BOND REC: ___  

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: ___  
___ BOND SET @ ___  
CO-SIGNATURES: ___  
SPECIAL CONDITIONS: ___  

FILED by ___ D.C.
APR 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
___ Electronic Monitoring

Discovery out  
Calendar Call will  
be set in fall  
pending motions  
5 days to try

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:  
INQUIRY RE COUNSEL: ___  
PTD/BOND HEARING: ___  
PRELIM/ARRAIGN. OR REMOVAL: ___  
STATUS CONFERENCE: on both defs. 6-19-00 11:00am Snow  
DATE: 4-24-00   TIME: 11:00am   TAPE # 00-031   PG # 2  
751-907  
35