UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.    Case No. 00-6063-CR-FERGUSON

IAN GEORGE HARRIS,
    Defendant.
_____/

JUN 2 9 2000

**ORDER TO RESPOND**

The Government shall file a response to defendant, Ian G. Harris', Motion for Bill of Particulars and Memorandum, no later than _July 14_, 2000.

**DONE AND ORDERED** at Fort Lauderdale, Florida this _28TH_ day of June 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Lynn Rosenthal, AUSA
E. David Rosen, Esq
Peter D. Aiken, Esq

