JHK:sr

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6063-CR-FERGUSON

UNITED STATES OF AMERICA,           :

                PLAINTIFF,           :

v.                                  :

IAN GEORGE HARRIS,                  :

                DEFENDANT.           :

_____

## GOVERNMENT'S MOTION TO DISMISS
## CHARGES AGAINST DEFENDANT
## IAN GEORGE HARRIS

COMES NOW, the United States of America, by and through the newly assigned Assistant United States Attorney, and respectfully moves the Court to dismiss Counts 1, 8, 9, and 10 against Defendant IAN GEORGE HARRIS, at this time and states as follows:

1. Attached for the Court is a copy of the certified death certificate of IAN GEORGE HARRIS, showing he died on June 22, 2000 in Wilton Manors, Broward County, Florida and was cremated.



WHEREFORE, the United States moves the Court to dismiss the above counts as to the defendant IAN GEORGE HARRIS at this time.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 7th day of September, 2000, to Pete Aiken, Esq., 1209 SE 3rd Ave., Ft. Lauderdale, Fl 33316 and David Rosen, Esq., 2400 S. Dixie Hwy, Suite 105, Miami, Fl 33131.

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

# STATE OF FLORIDA
## OFFICE of VITAL STATISTICS
### CERTIFIED COPY

**CERTIFICATE OF DEATH**
**FLORIDA**

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME (First, Middle, Last) | IAN HARRIS |
| 2. SEX | Male |
| 3. DATE OF DEATH | June 22, 2000 |
| 4. SOCIAL SECURITY NUMBER | 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 |
| 5a. AGE Last Birthday | 47 |
| 6. DATE OF BIRTH | September 29, 1952 |
| 7. BIRTHPLACE | HAWTHORNE, New Jersey |
| 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? | No |
| 9a. PLACE OF DEATH | HOSPITAL — ER/Outpatient |
| 9b. INSIDE CITY LIMITS | Yes |
| 9c. FACILITY NAME | 140 N.E. 22ND STREET |
| 9d. CITY, TOWN OR LOCATION OF DEATH | WILTON MANORS |
| 9e. COUNTY OF DEATH | BROWARD |
| 10a. DECEDENT'S USUAL OCCUPATION | JEWELER |
| 10b. KIND OF BUSINESS/INDUSTRY | JEWELRY |
| 11. MARITAL STATUS | Married |
| 12. SURVIVING SPOUSE | VALAN EVERS |
| 13a. RESIDENCE - STATE | Florida |
| 13b. COUNTY | BROWARD |
| 13c. CITY, TOWN OR LOCATION | WILTON MANORS |
| 13d. STREET AND NUMBER | 140 N.E. 22ND STREET |
| 13e. INSIDE CITY LIMITS | Yes |
| 13f. ZIP CODE | 33305 |
| 14. WAS DECEDENT OF HISPANIC ORIGIN | No |
| 15. RACE | White |
| 16. DECEDENT'S EDUCATION | 12 |
| 17. FATHER'S NAME | VICTOR GEORGE HARRIS |
| 18. MOTHER'S NAME | SYBIL PETTIT |
| 19a. INFORMANT'S NAME | VALAN EVERS |
| 19b. MAILING ADDRESS | 140 N.E. 22ND STREET WILTON MANORS Florida 33305 |
| 20a. METHOD OF DISPOSITION | Cremation / Removal from State |
| 20b. PLACE OF DISPOSITION | ALL COUNTY CREMATORY |
| 20c. LOCATION | LAKE WORTH, Florida |
| 21a. SIGNATURE OF FUNERAL SERVICE LICENSEE | (signed) |
| 21b. LICENSE NUMBER | 1812 |
| 21c. NAME AND ADDRESS OF FACILITY | All County Funeral Home & Crematory, 1107 Lake Ave., Lake Worth, Florida 33460 |
| 27b. DATE SIGNED | 7-3-00 |
| 22c. HOUR OF DEATH | 2:30 PM |
| 24. NAME AND ADDRESS OF CERTIFIER | HOWARD ABEL M.D. 4800 N.E. 20TH TERRACE, #211 FT. LAUDERDALE FL 33308 |
| 26. DATE REGISTERED | JUL 12 2000 |

THIS IS A CERTIFIED TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE

SEP 0 5 2000

BY **Donis Owens**
Deputy Chief Registrar    State Registrar

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH A WATERMARK OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

**11934695**  THE DOCUMENT FACE CONTAINS A MULTI-COLORED BACKGROUND AND GOLD EMBOSSED SEAL. THE BACK CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.

DOH FORM 1564 (10/98)

FLORIDA DEPARTMENT OF HEALTH

**CERTIFICATION OF VITAL RECORD**