UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

Vs.                  Case No. 00-6063-CR-FERGUSON

MARC FREEDMAN, (B)
        Defendant.
_____/

### ORDER DISMISSING CHARGES AGAINST IAN GEORGE HARRIS

On a certificate filed by the Office of the United States Attorney that the defendant, Ian G. Harris, is deceased, the charges against him are **DISMISSED**.

DONE AND ORDERED at Fort Lauderdale, Florida this 20th day of September 2000.

                              WILKIE D. FERGUSON, JR.,
                              UNITED STATES DISTRICT JUDGE

Jeff Kay, AUSA
Pete Aiken, Esq
B. David Rosen, Esq
U.S. Marshal
U.S. Pretrial Service

